Dismissed and Memorandum Opinion filed June 29, 2006








 

Dismissed
and Memorandum Opinion filed June 29, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

 NO. 14-06-00275-CR 

  NO. 14-06-00276-CR

____________

 

ROSALY ANN STROY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
184th District Court

Harris County, Texas

Trial Court Cause Nos.
1058196 & 1058197

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notices of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered
an opinion, we grant appellant=s request.

Accordingly,
we order the appeals dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 29, 2006.

Panel consists of Justices Anderson,
Edelman, and Frost. 

Do not publish C Tex.
R. App. P. 47.2(b).